No. 503. HERRIN TRANSPORTATION CO., INC. ET AL. *v.* UNITED STATES ET AL.

*Per Curiam:* The motions to affirm are granted and the judgment is affirmed. MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted and the case set down for argument. *Robert A. Ainsworth, Jr.* for appellants. *Acting Solicitor General Stern* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Allan Watkins* for the Atlanta-New Orleans Motor Freight Co. et al., appellees.

No. 505. MALONE FREIGHT LINES, INC. *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and the case set down for argument. *James W. Wrape, W. H. Brantley, Jr.* and *Glenn M. Elliott* for appellant. *Acting Solicitor General Stern* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Peyton D. Bibb, Reuben G. Crimm, Allan Watkins* and *Edgar Watkins* for Akers Motor Lines, Inc. et al., appellees.

*Per Curiam:* The motion to affirm